IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| DAVID NATIONS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 121-030 |
| ) | |
| GEORGIA DEPARTMENT OF ) | |
| CORRECTIONS; MR. EDWARD ) | |
| PHILBIN, Warden; MS. TAMIKA HARVEY,) | |
| Deputy Warden of Security; MS. ) | |
| MELCHERT, Health Service Administrator; ) | |
| MS. RUTH SHELTON, Deputy Warden of ) | |
| Care and Treatment; and MS. JAQULYN ) | |
| CHAMPION, Food Director, ) | |
| ) | |
| Defendants. ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this ____ day of April, 2021, at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA